**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

THOMAS LEE GUDINAS,

                Petitioner,

-vs-                                            Case No.  6:02-cv-1198-Orl-19KRS

MICHAEL W. MOORE, ROBERT A.
BUTTERWORTH,

                Respondents.
_____

## **ORDER**

    Respondents filed a Response (Doc. No. 31), to the amended petition (Doc. No. 25). Petitioner shall have **NINETY (90) DAYS** from the date of this order to reply to the Response. Thereafter, the Amended Petition and Response will be taken under advisement by the Court and an order entered thereon without further notice.

    **DONE AND ORDERED** in Orlando, Florida, this ___15th____ day of May, 2006.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 5/10
Counsel of Record